# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IVAN ALQUICIRA,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>Respondent. | Case No. CV 16-00153-FMO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Date: May 14, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge